**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**JEREMY YOUNG**                                                                                     **PLAINTIFF**

**V.**                                       **CIVIL ACTION NO. 3:25-CV-00288-MPM-JMV**

**CHAD WICKER, et al.**                                                      **DEFENDANTS**

**ORDER REQURING PLAINTIFF TO SUBMIT
ADDITIONAL INFORMATION TO THE COURT**

This matter comes before the Court upon Plaintiff Jeremy Young's *pro se* amended complaint challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. Doc. # 7. Plaintiff complains about the conditions of his confinement—alleged excessive use of force—presumably while housed at the Tate County Jail. *Id.* In order for the Court to properly assess the merits of Plaintiff's claims, more information is needed. Accordingly, Plaintiff must submit additional information regarding his claims, specifically he is directed to provide the following:

1. A description of each named Defendant's—Chad Wicker, Ward, Roy Pegues, Gurly and Wright—personal involvement in the alleged actions or inactions identified in his complaint—***including the circumstances which precipitated the alleged use of force, i.e. what was Plaintiff doing at this time***;

2. Identify the names of defendants he labeled as "John Doe Officers" from both the Marshall County and Tate County Sheriff's Departments and/or Jails and provide a description of each individual's personal involvement in the alleged actions or inactions identified in his complaint;

3. Identify what alleged events took place at the Tate County Jail and Marshall County Jail, respectively.

Plaintiff must submit this information to the Court within thirty (30) days from the date of this Order. Plaintiff's failure to do so may result in dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 18th day of November, 2025.

/s/ Jane Virden
UNITED STATES MAGISTRATE JUDGE