# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**JEREMY YOUNG**                                                                                       **PLAINTIFF**

**V.**                                   **CIVIL ACTION NO. 3:25-CV-00288-MPM-JMV**

**CHAD WICKER, et al.**                                                         **DEFENDANTS**

## ORDER DISMISSING CASE WITHOUT PREJUDICE

This matter comes before the Court *sua sponte* for consideration of dismissal. On October 20, 2025, Young submitted an amended complaint alleging civil rights violations under 42 U.S.C. § 1983. Doc. # 7. On November 18, 2025, the Court entered an Order requiring Young to submit additional information necessary to address the merits of his claims. Doc. # 10. Young submitted an unsigned response to the Court's order on December 18, 2025. Doc. # 12. Because the Court cannot consider unsigned pleadings, *see* Fed. R. Civ. P. 11(a), the Court entered an Order on January 9, 2026, directing Young to submit a *signed* response within fourteen (14) days. Doc. # 14. That Order warned Young that his failure to comply may result in the dismissal of this action without prejudice for failure to prosecute and obey an order of the Court under Rule 41(b) of the Federal Rules of Civil Procedure. *See id.* That deadline has passed with no action taken by Young. Accordingly, the instant action is hereby **DISMISSED without prejudice** for Young's failure to prosecute and obey an order of the Court.

**SO ORDERED**, this the 13th day of February, 2026.

                                                           /s/Michael P. Mills
                                                           UNITED STATES DISTRICT JUDGE
                                                           NORTHERN DISTRICT OF MISSISSIPPI